No. 83–5310.  WOOD v. SANTA BARBARA CHAMBER OF COM-MERCE, INC., ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 83–5773.  LANE v. MARSHALL, SUPERINTENDENT, SOUTH-ERN OHIO CORRECTIONAL FACILITY.  C. A. 6th Cir.  Certiorari denied.

No. 83–5796.  CROWE v. GEORGIA.  Sup. Ct. Ga.  Certiorari denied.

No. 83–5824.  CONNELLY v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 83–5843.  WILKINS v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 83–5857.  SOSA v. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 83–5867.  CARSTEA ET AL. v. POPLAR TREE HOMEOWNERS ASSN.  Sup. Ct. Va.  Certiorari denied.

No. 83–5868.  CARSTEA v. POPLAR TREE HOMEOWNERS ASSN.  Sup. Ct. Va.  Certiorari denied.

No. 83–5880.  BROWN v. ROSE, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 83–5882.  ANDREE v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 83–5886.  GOINS v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 83–5888.  PRINCIPATO v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 83–6036.  MARTIN v. OKLAHOMA.  Ct. Crim. App. Okla.  Certiorari denied.

No. 83–6037.  WEBB v. INDIANA.  Sup. Ct. Ind.  Certiorari denied.

No. 83–6044.  HALL v. OHIO.  C. A. 6th Cir.  Certiorari denied.